# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

WILLIE JAMES MILLEDGE,

    Plaintiff,

v.

BRIAN OWENS, et al.,

    Defendants.

Civil Action No. 5:11-CV-452 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Charles H. Weigle (Doc. 14). Judge Weigle recommends the following: (1) that Defendants Fry, Barnes, Lewis, Moody, and Hill be dismissed from the case; (2) that Plaintiff's Title II ADA claims against the Defendants in their individual capacities be dismissed; (3) that Plaintiff's First Amendment retaliation claims be dismissed; (4) that any § 1983 claims against Defendant McLaughlin be dismissed; (5) that Plaintiff's claims for injunctive relief against Defendants Lewis, McLaughlin, Moody, and Hill, and any other staff members at Macon State Prison, be dismissed as moot; and (6) that any § 1983 claim for damages against Defendants Warder and Samford be dismissed.

Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error, and finds no error. The Recommendation is accepted and adopted. The Clerk is directed to terminate Defendants Fry, Barnes, Lewis, Moody, and Hill. The case shall proceed against Defendants Owens, McLaughlin, Samford, Warder, Howerton, and Crickmar as outlined in the Recommendation.

**SO ORDERED**, this the 7th day of March, 2012.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**

mbh