IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **WILLIE JAMES MILLEDGE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **NO. 5:11-CV-452 (HL)** |
| VS. | : | |
| | : | |
| **BRIAN OWENS,** *et al.***,** | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| **Defendants.** | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

Before the Court is a Motion for Default Judgment filed by Plaintiff Willie James Milledge. Doc. 47. Therein, Plaintiff asserts, among other things, that Defendants are in default. Plaintiff is mistaken. Defendants are not in default. The record in this case indicates that all Defendants have timely filed a Motion to Dismiss. Doc. 30. Accordingly, Plaintiff's Motion for Default Judgment is **DENIED**.

**SO ORDERED**, this 29th day of May, 2012.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge