**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **WILLIE JAMES MILLEDGE,** | : | |
| Plaintiff, | : | NO. 5:11-CV-452 (HL) |
| VS. | : | |
| **BRIAN OWENS,** *et al.*, | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |

## ORDER

Before the Court is a Motion to Stay (Doc. 50) wherein Defendants request that this action be stayed pending resolution of their pending motions seeking dismissal (Doc. 30 and Doc. 49). Given the nature of the requests for dismissal, it is in the interests of justice to stay discovery pending resolution of the motions, in order to avoid any potentially unnecessary costs and burdens associated with further litigation. Accordingly, said Motion is hereby GRANTED as follows: Discovery is stayed until the pending motions to dismiss have been resolved or until further order of the Court, except that discovery may be had as to the issue of Plaintiff's exhaustion of administrative remedies.

**SO ORDERED**, this 31st day of May, 2012.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge