# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**WILLIE JAMES MILLEDGE,**

    Plaintiff,

v.

**BRIAN OWENS, et al.,**

    Defendants.

Civil Action No. 5:11-CV-452 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Charles H. Weigle (Doc. 40). Judge Weigle recommends that Plaintiff's Motion for Temporary Restraining Order (Doc. 24) be denied.

Plaintiff has filed an objection to the Recommendation. The Court has made a *de novo* review of the Recommendation.

Upon review, the Court accepts and adopts the Recommendation. Plaintiff's objection is overruled. Plaintiff's Motion for Temporary Restraining Order (Doc. 24) is denied.

**SO ORDERED**, this the 20th day of June, 2012.

                    *s/ Hugh Lawson*
                    **HUGH LAWSON, SENIOR JUDGE**

mbh