IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLIE JAMES MILLEDGE,

    Plaintiff,

v.

BRIAN OWENS, et al.,

    Defendants.

Civil Action No. 5:11-CV-452 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Charles H. Weigle (Doc. 70). Plaintiff has filed an objection to the Recommendation. The Court has made a *de novo* review of the Recommendation, and upon review, accepts and adopts the recommendation.

Accordingly, the Court orders as follows:

1. The Motion to Dismiss filed by Defendants Owens, McLaughlin, Sanford, Ramsay, Howerton, and Crickmar (Doc. 30) is granted.

2. The Motion to Dismiss Plaintiff's Supplemental Complaint filed by Defendants Sanford and Ramsay (Doc. 49) is granted.

3. Plaintiff's Motion to Provide a Copy of the Requested Medical Record or a Summary (Doc. 44) is denied as moot.

4. Plaintiff's Motion to Amendment (Doc. 66) is denied as moot.

5. Plaintiff's Motion to Relation Back of Amendment under Rule 15(c) and 17(a) (Doc. 72) is denied as moot.

The Clerk of Court is directed to close this case.

**SO ORDERED**, this the 27th day of February, 2013.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh